USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 4/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PROFESSIONAL BULL RIDERS, LLC,

               Plaintiff,

   -against-

INFRONT X, LLC,

               Defendant.
-------------------------------------------------------------X

19 Civ. 9233 (LLS)

**ORDER**

Defendants' January 22, 2020 application for a stay of discovery while its motion to dismiss the complaint is <u>sub judice</u> is denied. Factual discovery should proceed while witnesses with first-hand knowledge of the actions and documents are available.

In whatever court the dispute is heard, the facts will be the same, and the earlier they can be gathered and organized the better.

So Ordered.

Dated: New York, New York
       April 2, 2020

                                            *Louis L. Stanton*
                                            LOUIS L. STANTON
                                            U.S.D.J.