# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PROFESSIONAL BULL RIDERS, LLC,

                        Plaintiff,           19 **CIVIL** 9233 (LLS)

-against-                        **JUDGMENT**

INFRONT X, LLC a/k/a iX.co f/n/a
OMNIGON COMMUNICATIONS LLC,
                        Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 7, 2020, the federal criminal statute does not apply, the Court lacks original federal statute jurisdiction over the case, and declines to exercise pendant jurisdiction over the remaining common-law claims. They are dismissed without prejudice. That result is consistent with the Master Services Agreement, Exhibit A to the complaint, which provides in paragraph 23 ("Governing Law/Jurisdiction") that "This Agreement shall be construed in accordance with and governed by the laws of the state of New York applicable to contracts .... " - not by a federal criminal statute providing for up to five years imprisonment and fines for "Fraud and related activity in connection with computers" 18 U.S.C. § 1030. Count Three of the complaint, violation of the Computer Fraud and Abuse Act ("CF AA") is dismissed for failure to state a claim upon which relief can be granted; the remainder of the complaint is dismissed without prejudice for lack of jurisdiction.

**Dated:** New York, New York
          April 9, 2020

                                              **RUBY J. KRAJICK**

                                              _____
                                              **Clerk of Court**

                  **BY:**

                                              _____
                                              **Deputy Clerk**